| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | JOHN PAUL REICHMUTH |
| | Assistant Federal Public Defender |
| 3 | 555 - 12th Street |
| | Suite 650 |
| 4 | Oakland, CA 94607-3627 |
| | Telephone: (510) 637-3500 |

Counsel for Defendant HERNANDEZ-PIMENTAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00367 SBA |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING CHANGE OF |
| | ) | PLEA AND SENTENCING HEARING |
| vs. | ) | |
| | ) | Hearing date: April 13, 2010 |
| YENER EDGARDO HERNANDEZ | ) | Requested date: May 4, 2010 |
| PIMENTAL | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1. The ends of justice served by the granting of the continuance from April 13, 2010 until May 4, 2010 outweigh the best interests of the public and the defendant in a speedy and public trial because defense counsel needs additional time to research criminal history and meet and confer with the government and the Probation Officer.

Based on these findings, IT IS HEREBY ORDERED that time be excluded under the speedy trial act, 18 U.S.C. Section 3161(h)(7)(A) from April 13, 2010 until May 4, 2010 due to

[Proposed] ORDER                                   1

1  the need for effective preparation of both counsel.  Further,

2       IT IS ORDERED that the SENTENCING HEARING date of April 13, 2010 scheduled at

3  10:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset for May 4,

4  2010 at 10:00 a.m.

5  DATED:4/7/10

7                 _____
                  HON. SAUNDRA BROWN ARMSTRONG

8                 UNITED STATES DISTRICT JUDGE